# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | EMD Millipore | 11/30/2022 | Wire | $ 26,158.53 |
| Akorn Operating Company, LLC | EMD Millipore | 12/9/2022 | Wire | $ 27,603.90 |
| Akorn Operating Company, LLC | EMD Millipore | 1/6/2023 | Wire | $ 25,581.78 |
| Akorn Operating Company, LLC | EMD Millipore | 1/13/2023 | Wire | $ 20,598.00 |
| Akorn Operating Company, LLC | EMD Millipore | 1/20/2023 | Wire | $ 14,402.58 |
| Akorn Operating Company, LLC | EMD Millipore | 1/27/2023 | Wire | $ 5,635.60 |
| Akorn Operating Company, LLC | EMD Millipore | 2/8/2023 | Wire | $ 25,377.98 |
| Akorn Operating Company, LLC | EMD Millipore | 2/14/2023 | Wire | $ 20,179.50 |
| | | | | $ 165,537.87 |